UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                                                                              Case No. 15-11278-RAM
David Martin and Maricela Martin                                                    Chapter 7
           Debtors
_____/

**DEBTORS' MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE**

**COME NOW**, the Debtors, David Martin and Maricela Martin, by and through their undersigned counsel, and file this Motion to Voluntarily Dismiss Chapter 7 Case for the reasons as set forth below:

1. On or about January 23, 2015, the instant case was filed as a chapter 7 Case.

2. The Debtors wish to voluntarily dismiss their case and negotiate with their Creditors outside the bankruptcy.

3. Trustee's counsel has incurred over $3,500 in administrative fees and expenses, but has agreed to accept $3,000.00. Said fees will be paid by the Debtors prior to the entry of the order of dismissal.

4. The Trustee and the Trustee's counsel do not object to the instant Motion so long as the stated amount is paid prior to the entry of the order of dismissal.

Wherefore, the Debtors request entry of an order granting the voluntary dismissal of their chapter 7 bankruptcy case and any and all other relief that is just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Jacqueline Calderin, Trustee, 247 SW 8 St # 880, Miami, FL 33130 and via regular mail to all parties on the service list this 22nd day of July, 2015.

                                                Respectfully Submitted:
                                                **ROBERT SANCHEZ, P.A.**
                                                Attorney for Debtor(s)
                                                355 West 49th Street
                                                Hialeah, FL 33012
                                                Tel. (305) 687-8008
                                                By:/s/ Robert Sanchez_____
                                                 Robert Sanchez, Esq., FBN# 0442161